UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NOVA CONTRACTING, INC., a Washington corporation; JORDAN M. OPDAHL and JILL M. OPDAHL, and the marital community comprised thereof,<br><br>　　　　　　Defendants. | NO. 3:20-cv-05164JLR<br><br>JUDGMENT |

**JUDGMENT**

This matter having come before the Court upon Plaintiff's Motion for Summary Judgment and Plaintiff's Motion for Attorneys' Fees and Costs, this Court having considered the evidence presented, hereby ORDERS, DECLARES, AND DECRESS

Judgment is entered against the Defendants Nova Contracting, Inc., Jordan M. Opdahl and Jill M. Opdahl, jointly and severally, the amount of $154,683.73, which includes pre-judgment interest at the rate of 12%, attorneys' fees, and costs. The judgment will accrue post-judgment interest at the rate of 4.75% per annum.

JUDGMENT – 1
[3:20-cv-05164-JLR]

## JUDGMENT SUMMARY

| | | |
|---|---|---|
| 1. | Judgment Creditor | Travelers Casualty and Surety Company of America |
| 2. | Attorney for Judgment Creditor: | Christopher A. Wright<br>Carney Badley Spellman, P.S.<br>701 5th Avenue, Suite 3600<br>Seattle, WA 98104-7010 |
| 3. | Judgment Debtors: | Nova Contracting, Inc.<br>Jordan M. Opdahl<br>Jill M. Opdahl |
| 4. | Attorney for Judgment Debtor: | None Appeared. |
| 6. | Principal Judgment Amount: | $132,237.00 |
| 7. | Accrued Pre-Judgment interest at 12% | $12,799.73 |
| 8. | Attorneys' Fees | $8,935.00 |
| 9. | Costs: | $712.00 |
| 10. | Total Judgment Amount: | **$154,683.73** |

Total Judgment shall bear interest at 4.75% from November 17, 2020 until paid in full.

SO ORDERED this 17th day of November, 2020.

_____

JAMES L. ROBART
United States District Judge

JUDGMENT – 2
[3:20-cv-05164-JLR]